# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2021

161836

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PENNIE MARIE DAVIS,
        Plaintiff-Appellee,

v

JACKSON PUBLIC SCHOOLS,
        Defendant-Appellant.

SC: 161836
COA: 344203
Jackson CC: 16-000344-CZ

_____/

On order of the Court, the application for leave to appeal the July 2, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief addressing whether causation, in cases brought under Section 2 of the Whistleblowers' Protection Act, MCL 15.362, is determined using a motivating-factor standard or instead a but-for standard. The appellant's brief shall be filed by August 30, 2021, with no extensions except upon a showing of good cause. In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021



a0324

Clerk